# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 16-04230 JVS (2:14bk23899-BB) | Date | June 28, 2016 |
| Title | IN RE Francky C. Caruso:   Daniel Lopez v. Francky C. Caruso | | |

| | |
|---|---|
| Present: The Honorable | JAMES V. SELNA,   U.S. DISTRICT JUDGE |

| Karla J. Tunis | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  [IN CHAMBERS]  **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS appellant(s) to show cause in writing no later than **July 15, 2016** why this action should not be dismissed for lack of prosecution.

This Order is based upon appellant's failure to file the documents required by Rule 8003 and 8006 of the Bankruptcy Rules. (See attached Appeal Deficiency Notice) Counsel/parties is/are advised that the Court will consider the filing of the following documents in Bankruptcy Court, with a status report to the District Court, is an appropriate response to this Order to Show Cause, on or before the above date indicated above, to avoid dismissal: Jury Trial
Pretrial Conference

(PTC )
(JT )

- X   **Designation of Record**
- X   **Statement of Issues on Appeal**
- X   **Filing of Notice Regarding Ordering of Transcript**

If this case has been settled and/or dismissed in the Bankruptcy Court counsel/parties must file a **separate** dismissal in the District Court.

**CC: Bankruptcy Court - Santa Ana**

:    0

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-04230 JVS (2:14bk23899-BB) | Date | June 28, 2016 |
|---|---|---|---|
| Title | IN RE Francky C. Caruso:   Daniel Lopez v. Francky C. Caruso | | |

Initials of Preparer    kjt

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

**FILED**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
JUN 24 2016
BY: _____ Deputy Clerk

| In re: | | |
|---|---|---|
| Francky C Caruso | | CASE NO.: 2:14-bk-23899-BB |
| | | ADVERSARY NO.: |
| **FILED** CLERK, U.S. DISTRICT COURT JUN 24 2016 CENTRAL DISTRICT OF CALIFORNIA BY: RS DEPUTY | | BAP/USDC NO.: 2:16-cv-04230 JVS |
| | | NOTICE OF APPEAL FILED: 06/09/2016 |
| | | APPEAL DOCKET ENTRY NO.: 46 |
| | Debtor(s) | |
| | Plaintiff(s) | **APPEAL DEFICIENCY NOTICE TO:** |
| vs. | | ☐ BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT |
| | | ☒ UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA |
| | Defendant(s) | |

The following documents and/or filing fee, as indicated below, were not filed on the above-captioned appeal as required by FRBP 8003 and 8009.

☒ Statement of Issues
☒ Designation of Record
☒ Notice of Transcript
☐ Transcript(s)
☐ Filing Fee for Notice of Appeal
☐ Other (*specify*):

Kathleen J. Campbell
Clerk of Court

Date: 06/24/2016      By: SONNY MILANO
                         Deputy Clerk